■ (A) MARTHA FECIURA, Appellant, v. JOHN MITCHELL, Respondent. (B) ROGER Q. MANNING, Appellant, v. WALTER C. LUNDGREN et al., Respondents. (C) DONNA SAUNDERS, an Infant, by Her Guardian ad Litem JACK SAUNDERS, Plaintiff, and JACK SAUNDERS et al., Appellants, v. CITIES SERVICE OIL COMPANY, Respondent, et al., Defendant.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ MILTON GOLDWORTH, Respondent, v. CLAIRE WALTER et al., Appellants. No opinion. The examination shall proceed on 20 days' written notice or on any other date mutually fixed by the parties. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ In the Matter of BENSON PARKING CORP., Appellant, v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, Respondent. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur. [31 Misc 2d 1037.]

■ In the Matter of PETER N. DRAKE, Appellant, v. LOUIS LA PERA et al., Respondents.— No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Rabin, JJ., concur.